JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 801 -- In re Todd Shipyards Corp. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/03/21 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-4), CERT. OF SERVICE -- plaintiffs Jeffrey K. Lewis, et al. -- SUGGESTED TRANSFEREE DISTRICT: W.D. WASHINGTON or N.D. CALIFORNIA (cds) |
| 89/04/03 | | APPEARANCES: PAUL F. BENNETT, ESQ. for Jeffrey K. Lewis, etc.; JEFFREY ROTHARD, ESQ. for Shenkman Capital Management, Inc.; LAWRENCE A. SUCHAROW, ESQ. for Melvin B. chrein, etc.; Arthur Young & Comapny; MATTHEW GLUCK, ESQ. for Paine Webber Incorporated and Bear Stearns & Co., Inc. and JAMES V. RYAN, ESQ. for Daniel P. Davison; Harold L. Eckmann; Raymond V. O'Brien; William H. Todd; and David W. Wallace (rh) |
| 89/04/04 | | APPEARANCE: PETER D. MANAHAN, ESQ. for Hans K. Schaefer (rh) |
| 89/04/06 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by John T. Gilbride, Jr.; Arthur Young & Company; Paine Webber Incorporated; Bear Stearns & Co., Inc.; Hans K. Schaefer; Daniel P. Davison; Harold L. Eckmann; Raymond V. O'Brien, Jr.; William H. Todd; and David W. Wallace -- GRANTED TO AND INCLUDING APRIL 17, 1989 -- w/cert. of svc. (rh) |
| 89/04/07 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by pltfs. Melvin B. Chrein, etc and William Steiner, etc. -- GRANTED TO ALL PARTIES AND INCLUDING APRIL 17, 1989 -- w/cert. of svc. (rh) |
| 89/04/07 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by pltf. Shenkman Capital Management, etc. -- GRANTED TO ALL PARTIES AND INCLUDING APRIL 17, 1989 -- w/cert. of svc. (rh) |
| 89/04/07 | 5 | LETTER (SUPPLEMENTAL INFORMATION to A-3) Dated 4/6/89 Signed by Janice E. McCaughan -- w/cert. of svc. (rh) |
| 89/04/07 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/17 | 6 | JOINT RESPONSE (to pldg. #1) -- plfts. Melvin B. Chrein and William Steiner -- w/Exhibits 1 and 2, and cert. of service (cds) |
| 89/04/17 | 7 | RESPONSE (to pldg. #1) -- pltfs. Shenkman Capital Management, et al. --w/Exhibit and cert. of service (cds) |
| 89/04/17 | 8 | RESPONSE (to pldg. #1) -- deft. John T. Gilbride, Jr. and John T. Gilbride, Sr. -- w/cert. of service (cds) |

801

| | | |
|---|---|---|
| 89/04/17 | 9 | RESPONSE (to pldg. #1) -- deft. Arthur Young & Co. -- w/cert. of service  (cds) |
| 89/04/17 | 10 | RESPONSE (to pldg. #1) -- deft. Hans K. Schaefer -- w/cert. of service  (cds) |
| 89/04/17 | 11 | RESPONSE (to pldg. #1) -- defts. Paine Weber Inc. and Bear Stearns & Co., Inc.-- w/cert. of service  (cds) |
| 89/04/17 | 12 | RESPONSE (to pldg. #1) -- Daniel P. Davison, Harold L. Eckmann, Raymond V. O'Brien, Jr., William H. Todd and David W. Wallace "Steiner Defendants" -- w/Memorandum, Exhibits A - H, and cert. of service  (cds) |
| 89/04/25 | 13 | REPLY/SUPPLEMENTAL DECLARATION OF REED R. KATHREIN -- Jeffey K. Lewis, et al. -- w/cert. of svc. (rh) |
| 89/05/08 | 14 | SUPPLEMENTAL INFORMATION -- defts. Daniel P. Davison, Harold L. Eckmann, Raymond V. O'Brien, Jr., William H. Todd, and David W. Wallace -- w/Attachment and cert. of service  (cds) |
| 89/05/09 | | ORDER DENYING MOTION AS MOOT AND VACATING MAY 18, 1989 HEARING -- Notified involved counsel and judges (rh) |
| 89/05/10 | 15 | STATEMENT -- deft. Hans K. Schaefer -- w/cert. of service (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 801 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Todd Shipyards Corp. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 9, 1989 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: May 9, 1989

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 801 -- In re Todd Shipyards Corp. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jeffrey K. Lewis, etc. v. John T. Gilbride, Jr., et al. | Cal., N. Patel | C-88-3333-MHP | | | | |
| A-2 | Shenkman Capital Management, etc. v. John T. Gilbride, Jr., et al. | N.J. Tuohey | 88-2580 | | | | |
| A-3 | Melvin B. Chrein, etc. v. Todd Shipyards Corporation, et al. | N.J. Debevoise | 88-3013-DRD | | | | |
| A-4 | William Steiner, etc. v. Daniel P. Davison, et al. | N.J. Debevoise | 88-4397-DRD | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 801 -- In re Todd Shipyards Corp. Securities Litigation

---

JEFFREY K. LEWIS, ETC. (A-1)
Paul F. Bennett, Esq.
David B. Gold, A Professional Law Corp.
595 Market Street, Suite 2300
San Francisco, California  94105

SHENKMAN CAPITAL MANAGEMENT, ETC. (A-2)
Melissa M. Johnson, Esq.
Rothbard, Rothbard & Kohn
1180 Raymond Boulevard
Newark, New Jersey  07102

MELVIN B. CHREIN, ETC. (A-3)
Lawrence A. Sucharow, Esq.
Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, New York  10168

WILLIAM STEINER, ETC. (A-4)
Arthur N. Abbey, Esq.
Abbey & Ellis
212 East 39th Street
New York, New York  10016

JOHN T. GILBRIDE, SR.
JOHN T. GILBRIDE, JR.
Myron Kalish, Esq.
Shea & Gould
1251 Avenue of the Americas
New York, New York  10020-1193

ARTHUR YOUNG & COMPANY
Patricia A. McGovern, Esq.
Associate General Counsel
Arthur Young & Company
277 Park Avenue
New York, New York  10172

PAINE WEBBER INCORPORATED
BEAR STEARNS & CO., INC.
Matthew Gluck, Esq.
Fried, Frank, Harris, Shriver
  & Jacobsen
One New York Plaza
New York, New York  10004

HANS K. SCHAEFER
Peter D. Manahan, Esq.
Connell, Foley & Geiser
85 Livingston Avenue
Roseland, New Jersey  07068

DANIEL P. DAVISON
HAROLD L. ECKMANN
RAYMOND V. O'BRIEN, JR.
WILLIAM H. TODD
DAVID W. WALLACE
James V. Ryan, Esq.
Rogers & Wells
200 Park Avenue
New York, New York  10166

JOHN P. LARSON
EDWARD R. LEHANSKI

Unable to Determine Counsel or Address

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 801 -- In re Todd Shipyards Corp. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| John T. Gilbride, Jr. | A-1, A-2, A-3 |
| Hans K. Schaefer | A-1, A-2, A-3, A-4 |
| Arthur Young & Company | A-1, A-2, A-3, A-4 |
| Painewebber Incorporated | A-1, A-2, A-3, A-4 |
| Bear Stearns & Co., Inc. | A-1, A-2, A-3, A-4 |
| Todd Shipyards Corp. | (A-3) DIS |
| Daniel P. Davison | A-4 |
| Harold L. Gilbride, Jr. | A-4 |
| John P. Larson | A-4 |
| Edward R. Lehanski | A-4 |
| Raymond V. O'Brien, Jr. | A-4 |

p. 2

| | |
|---|---|
| William H. Todd | A-4 |
| David W. Wallace | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |