JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY -9 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 801

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TODD SHIPYARDS CORPORATION SECURITIES LITIGATION

ORDER DENYING MOTION AS MOOT
AND VACATING MAY 18, 1989 HEARING

Presently before the Panel is a motion by the California plaintiff in this litigation to centralize the California action along with three actions pending in the District of New Jersey in the Central District of California or the Western District of Washington for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

On May 2, 1989, the California court entered an order transferring the California action, pursuant to 28 U.S.C. §1404(a), to the District of New Jersey. Accordingly, the California plaintiff's Section 1407 motion is now moot.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. 1407 be, and same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on April 7, 1989, as amended on April 11, 1989, be, and the same hereby are, VACATED insofar as they relate to the above-referenced litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

## SCHEDULE A

<u>MDL-801 -- In re Todd Shipyards Corporation Securities Litigation</u>

<u>District of New Jersey</u>

<u>Shenkman Capital Management, etc. v. John T. Gilbride, Jr., et al.</u>, C.A. No. 88-2580
<u>Melvin B. Chrein, etc. v. Todd Shipyards Corporation, et al.</u>, C.A. No. 88-3013-DRD
<u>William Steiner, etc. v. Daniel P. Davison, et al.</u>, C.A. No. 88-4397-DRD

<u>Northern District of California</u>

<u>Jeffrey K. Lewis, etc. v. John T. Gilbride, Jr., et al.</u>, C.A. No. C-88-3333-MHP